■ ANNIE HEGEMAN et al., Respondents, v. A. ALFRED CONRAD, Appellant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See ante, p. 667.]

■ MARGARET M. HOLZER, Respondent, v. TRAVELERS INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of WALTER E. BLUM et al., Appellants, against BOARD OF ZONING AND APPEALS OF THE TOWN OF NORTH HEMPSTEAD et al., Respondents, and SADDLE ROCK ESTATES LAND CO., INC., Intervenor-Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See 2 A D 2d 992.]

■ In the Matter of SEYMOUR L. COLIN et al., Petitioners, against APPELLATE DIVISION OF THE SUPREME COURT OF THE STATE OF NEW YORK FOR THE FIRST JUDICIAL DEPARTMENT et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 682.]

■ In the Matter of the General Assignment for the Benefit of Creditors of LONG ISLAND LACQUER CO., INC., Assignor, to NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., Respondent; CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 666.]

■ MILDRED W. KOFF, Appellant-Respondent, v. SEYMOUR J. KOFF, Respondent-Appellant.— Motions referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motions for reargument denied, without costs. Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 665.]

■ LEE FOOD PACKING CO., INC., Respondent, v. ARTHUR GERSHEL et al., Doing Business as FOOD PLAN OF AMERICA, Appellants.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ NORTON LA TOURETT et al., Respondents, v. 375 SHARON AVENUE CORPORATION, Defendant, and PHILIP LESSER, Doing Business as LESSER'S STATEN ISLAND WINDOW SHADE AND AWNING Co., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ JOSEPH T. LOSEE, as Trustee under the Will of WALTER H. JAYCOX, Deceased, et al., Respondents, v. GERTRUDE T. ELFMONT, Individually and as Executrix of HASKA M. TELLMAN, Deceased, et al., Appellants, et al., Defendants. — Motion to dismiss appeal granted, with $10 costs and appeal dismissed. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ IRVING PRINCE, Appellant, v. AARON L. FRANKEL, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Murphy, Ughetta and Hallinan, JJ.; Kleinfeld, J., not voting.